# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LOWELL BAISDEN, et al.,** ) | |
| ) | |
| Plaintiffs, ) | **8:06CV517** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **RON BOURNE, et al.,** ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the motion for leave to withdraw of Indra Lahiri (Filing No. 14) as counsel for the plaintiffs. The court notes other counsel represents the plaintiffs. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Indra Lahiri (Filing No. 14) as counsel for the plaintiffs is granted.

2. The Clerk of Court shall stop all electronic notices to Indra Lahiri regarding this case.

DATED this 29th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge