## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOWELL BAISDEN, MICHAEL KONING, and ANESTHESIA CONSULTANTS OF NEBRASKA, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> RON BOURNE, BURT MCKEAG, ANDREW CHANTOS, BOB MCCHESNEY and DOES 1-10, <br><br>  Defendants. | 8:06CV517 <br><br> PROTECTIVE ORDER |

This matter is before the Court on the unopposed motion of Great Plains Regional Medical Center (the Hospital) for a protective order (Filing NO. 44).  Upon being informed in the premises, the Court finds that the motion should be sustained.

**IT IS ORDERED:**

1. The Hospital's Unopposed Motion for Protective Order (Filing No. 44) is granted, as follows:

   A. Documents produced by the Hospital shall be retained by counsel and the parties, and may not be used for any purpose other than this litigation;

   B. Documents produced by the Hospital may not be disclosed except pursuant to court order entered after notice, to anyone except individual parties; officers, directors, employees and agents of corporate parties; counsel for the parties and their employees involved in the conduct of this litigation; expert witnesses and consultants retained for purposes of this litigation; witnesses testifying in connection with this litigation; and the Court.

   C. Documents produced by the Hospital shall, at the conclusion of this litigation, be returned to counsel for the Hospital or destroyed.

Dated this 12th day of January, 2007.

> BY THE COURT
>
>  s/Thomas D. Thalken
> United States Magistrate Judge