## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOWELL BAISDEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV517 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RON BOURNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to withdraw of Michael C. Leitch (Filing No. 49) as counsel for the defendants Ron Bourne, Andrew Chontos and Burt McKeag.  Mr. Leitch states that as of February 1, 2007, he will no longer be a partner at Spencer Fane Britt & Browne LLP, however other members of the firm will continue to represent these defendants.  The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1.      The motion for leave to withdraw of Michael C. Leitch (Filing No. 49) as counsel for the defendants Ron Bourne, Andrew Chontos and Burt McKeag is granted.

2.      The Clerk of Court shall stop all electronic notices to Michael C. Leitch regarding this case.

DATED this 30th day of January, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge