IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOWELL BAISDEN, MICHAEL KONING, and ANESTHESIA CONSULTANTS OF NEBRASKA, Inc., a Nebraska corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>RON BOURNE, BURT MCKEAG, ANDREW CHANTOS, BOB MCCHESNEY, and DOES 1 THROUGH 10,<br><br>    Defendants. | 8:06CV517<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

  This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  SO ORDERED.

  DATED this 29th day of January, 2007.

            BY THE COURT:


            s/ Joseph F. Bataillon
            Chief Judge