IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOWELL BAISDEN, MICHAEL KONING, and ANESTHESIA CONSULTANTS OF NEBRASKA, Inc., a Nebraska corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06cv517 |
| v. | ) ) | |
| RON BOURNE, BURT MCKEAG, ANDREW CHANTOS, BOB MCCHESNEY, and DOES 1 THROUGH 10, | ) ) ) ) ) | REASSIGNMENT ORDER |
| Defendants. | ) ) | |

Pursuant to the recusal of District Judge Joseph F. Bataillon (Filing No. 51),

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 31st day of January, 2007.

\

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge