IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOWELL BAISDEN, MICHAEL KONING, and ANESTHESIA CONSULTANTS OF NEBRASKA, INC., a Nebraska corporation, | ) ) ) ) ) | 8:06CV517 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| RON BOURNE, BURT MCKEAG, ANDREW CHANTOS, BOB MCCHESNEY, and DOES 1 THROUGH 10, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that a scheduling conference with the undersigned is scheduled for:

**Monday, March 5, 2007, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 1st day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court