IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOWELL BAISDEN, MICHAEL          )
KONING, and ANESTHESIA           )
CONSULTANTS OF NEBRASKA, INC.,)
a Nebraska corporation,          )
                                 )
          Plaintiffs,            )       8:06CV517
                                 )
     v.                          )
                                 )
RON BOURNE, BURT McKEAG,         )       ORDER
ANDREW CHONTOS, BOB McCHESNEY,)
and Does 1 through 10,           )
                                 )
          Defendants.            )
_____)
```

This matter is before the Court on defendants' motion to continue planning conference (Filing No. 55). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the planning conference is rescheduled for:

**Friday, March 23, 2007, at 8:30 a.m.**

in the Chambers of the undersigned. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 7th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court