IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

LOWELL BAISDEN, MICHAEL          )
KONING, and ANESTHESIA           )
CONSULTANTS OF NEBRASKA, INC.,)
a Nebraska corporation,          )
                                 )
            Plaintiffs,     )              8:06CV517
                                 )
        v.                       )
                                 )
RON BOURNE, BURT McKEAG,         )              ORDER
ANDREW CHONTOS, BOB McCHESNEY,)
and Does 1 through 10,           )
                                 )
            Defendants.     )
_____)


        This matter is before the Court on defendants' motion

for extension of time to file opposing brief (Filing No. 62).

The Court finds said motion should be granted.  Accordingly,

        IT IS ORDERED that defendants' motion is granted;

defendants shall have until May 7, 2007, to file their brief in

opposition to plaintiff's motion for protective order.

        DATED this 1st day of May, 2007.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court